UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: ___4/20/2021___

---

Frankie Monegro,

               Plaintiff,

     –v–

Opposuits USA Inc.,

               Defendant.

21-cv-1294 (AJN)

ORDER

ALISON J. NATHAN, District Judge:

The initial pretrial conference scheduled for April 23, 2021, is adjourned to May 7, 2021, at 3:15 p.m.

In light of the COVID-19 public health crisis, the Court will not hold the upcoming initial pretrial conference in this case in person. Per the Court's notice of initial pretrial conference, the parties shall submit their proposed case management plan and joint letter no later than seven days prior to the scheduled conference. In the joint letter, the parties should advise the Court if they can do without a conference altogether. If so, the Court may enter a case management plan and scheduling order and the parties need not appear. If not, the Court will hold the initial pretrial conference by telephone. The parties and members of the public may access the proceeding by dialing (888) 363-4749 and entering access code 919-6964. In either case, counsel should review and comply with the Court's Emergency Individual Rules and Practices in Light of COVID-19, available at https://www.nysd.uscourts.gov/hon-alison-j-nathan.

The Court reminds counsel that pursuant to Rule 1.I of the Court's Individual Practices in Civil Cases, all counsel are required to promptly enter an appearance in the case.

The Plaintiff shall serve a copy of this Order on the Defendant and file an affidavit of

service by April 30, 2021.

     SO ORDERED.

Dated: April 20, 2021
     New York, New York

_____
ALISON J. NATHAN
United States District Judge