**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
------------------------------------------------------------X
FRANKIE MONEGRO,
                              Plaintiff,

              -against-

OPPOSUITS USA, INC.,
                              Defendant.
------------------------------------------------------------X

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/22/2021

21 **CIVIL** 1294

## JUDGMENT

It is hereby **ORDERED, ADJUDGED AND DECREED:**  That for the reasons

stated in the Court's Order dated April 21, 2021, and pursuant to Federal Rule of Civil

Procedure 41(a)(I)(A)(ii), Plaintiff and Plaintiff's attorney, that whereas no party hereto is an

infant, incompetent person for whom a committee has been appointed or conservatee, and no

person not a party has an interest in the subject matter of the action, that the above entitled action

against Defendant shall be and hereby is dismissed with prejudice and on the merits, without

costs, or disbursements, or attorney's fees to any party pursuant to Rule 41(a)(1)(A)(i) of the

Federal Rules of Civil Procedure. Judgment is hereby entered.

**Dated:**  New York, New York
              April 22, 2021

**RUBY J. KRAJICK**

_____
**Clerk of Court**

**BY:**

_____
**Deputy Clerk**